SANTOPADRE, DEBBIE LENDERMON                                          04-19182

**STERLING BANK**
2550 North Loop West 6th Floor
Houston, TX - 77092

J. Marshall Miller, Trustee
279 Shadow Mountain Dr.
Suite 7
El Paso, TX 79912

Case #: 04-19182-EWM
Case:   SANTOPADRE, DEBBIE LENDERMON
        Debtor(s).

VOID AFTER 90 DAYS   DATE: 11/08/2010   CHECK NO:   3001

PAY: ONE HUNDRED THIRTY-FOUR AND 04 / 100                           $134.04

TO THE ORDER OF:
Clerk of Court, USBC, EDLA
500 Poydras Street
Suite B-601
New Orleans, LA 70130-

_____
Trustee

⑈000300⑈ ⑆113705549⑆ ⑈715104918 2⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227870         JN
* * C O P Y * *
November 12, 2010
   16:05:18

TREASURY REGFUND
    04-19182
Debtor.: DEBBIE LENDERMON SANTOPADRE
Trustee: J. Marshall Miller
Amount.:              $134.04 CH
Check#.: 3001

Total-> $134.04

FROM: MILLER

11/12/10
DEPOSIT TO 6047 BK
TREASURY ACCOUNT

DUE:
ELMWOOD PARK Psychiatric
ASSOCIATES

BK#15

**J. Marshall Miller**
**Chapter 7 Bankruptcy Trustee**
279 Shadow Mountain Dr., Suite 7
El Paso, Texas 79912
Tel: 915-842-8201
Fax: 915-760-5334
Email: marshall_miller@att.net

November 8, 2010

**Clerk of Court**
**US Bankruptcy Court**
**Eastern District of Louisiana**
500 Poydras Street, Suite B-601
New Orleans, LA 70130

RE: Funds to be deposited into the Registry of the Court.

Please deposit the enclosed check into the registry of the court, which represents funds undeliverable to the claimant.

| Check # | $Amount  | Case #   | Claim # | Name of Claimant |
|---------|----------|----------|---------|------------------|
| 3001    | $134.04  | 04-19182 | 3       | Elmwood Park Psychiatric Associates |

With kindest regards, I remain

Sincerely,

*/s/ J. Marshall Miller*

J. Marshall Miller
Chapter 7 Bankruptcy Trustee